UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

HEYOU HU,

           Petitioner,

    v.

MARKWAYNE MULLIN, et al.

           Respondents.

Case No. 5:26-cv-02057-DKW-KS

ORDER ACCEPTING IN PART REPORT AND RECOMMENDATION OF U.S. MAGISTRATE JUDGE

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition (Dkt. 1), the other records on file herein, and the Report and Recommendation of the U.S. Magistrate Judge (Dkt. 12).  No objections to the Report and Recommendation were filed, and the deadline for filing such objections has passed.  The Court accepts in part the report, findings, and recommendations of the Magistrate Judge.

IT IS THEREFORE ORDERED that:

1.     Judgment shall be entered granting Count I of the Petition and denying Count II without prejudice.

2.     Respondents shall immediately release Heyou Hu (A# 249-404-259).

3.   Respondents are enjoined and restrained from re-detaining Petitioner absent compliance with constitutional protections, including explanation of the reasons for re-detention and an opportunity to be heard before an immigration judge in opposition thereto.

4.   The Clerk shall serve forthwith a copy of this Order, the Magistrate Judge's Report and Recommendation (Dkt. 12), and the Judgment herein on Petitioner, counsel for Petitioner, and counsel for Respondents.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED:  July 7, 2026 at Honolulu, Hawai'i.



/s/ Derrick K. Watson

Derrick K. Watson
Chief United States District Judge

2