UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

HEYOU HU,

          Petitioner,

    v.

MARKWAYNE MULLIN, et al.

          Respondents.

Case No. 5:26-cv-02057-DKW-KS

**JUDGMENT**

Pursuant to the Court's Order Accepting In Part Report and Recommendation of U.S. Magistrate Judge, IT IS ADJUDGED that Count I of the Petition is granted and Count II is denied without prejudice.

DATED: July 7, 2026 at Honolulu, Hawai'i.

/s/ Derrick K. Watson

Derrick K. Watson
Chief United States District Judge